UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **DANIEL J. MILES,** | ) | CASE NO. **09-92601** – MHM |
| | ) | |
| Debtor. | ) | |

### ORDER AND NOTICE ON TRUSTEE'S MOTION TO SELL HIDDEN VILLAGE ASSOCIATES, LLC

Chapter 7 Trustee (the "Trustee") filed Trustee's Motion to Sell Estate's Interest in Hidden Village Associates, LLC September 30, 2011 (Doc. No. 431) (the "Motion"). The Motion is summarized below:

**Property Being Sold**: the estate's forty-one point three percent (41.3%) membership interest in Hidden Village Associates, LLC.

**Proposed Purchaser**: Frank Rizzolo.

**Purchase Price**: $15,000.00 payable in cash at closing.

**Condition**: As is, where is.

The Motion is available for review in the Clerk's Office, U.S. Bankruptcy Court, 1340 U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303-3367, between 8:00 a.m. and 4:00 p.m. or online anytime at *http://ecf.ganb.uscourts.gov* (registered users) or at *http://pacer.psc.uscourts.gov* (unregistered users). It is hereby

**ORDERED** that any person who objects to the proposed sale of the estate's forty-one point three percent (41.3%) membership interest in Hidden Village Associates, LLC sought in the Motion:

> 1. **Must file** a written objection, stating the grounds therefor, on or before the close of business[1] _October 28_, 2011, with the

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

>       Clerk, U. S. Bankruptcy Court
>       1340 U. S. Courthouse
>       75 Spring Street, S.W.
>       Atlanta, Georgia 30303-3367

2. **Must serve** a copy of said objection upon Trustee's attorney:

>       Christopher D. Phillips
>       Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
>       3343 Peachtree Road, NE, Suite 550
>       Atlanta, Georgia 30326-1022

so that such written objection is received by Trustee's attorney on or before the deadline set forth in Paragraph 1; and

3. **Must advocate** the objection at the hearing on the Motion.

If objections are filed, hearing on the Motion will be held before the undersigned in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on __November 8__, 2011, at __3:00__ o'clock __p__.m.

**Any objection not timely filed, served, and advocated at the hearing set above shall be deemed waived. If no objection is filed as set forth above, this sale shall thereupon stand APPROVED without further notice or hearing.** It is further

**ORDERED** that Trustee's attorney shall serve a copy of this Order and Notice upon Debtor, Debtor's attorney, the U.S. Trustee, and all creditors and parties in interest on or before __October 7__, 2011, and shall file a certificate of such service within three days thereafter.

**IT IS SO ORDERED**, this the 4th day of October, 2011.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Draft prepared by:
Christopher D. Phillips, Attorney at Law
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, N.E., Suite 550
Atlanta, GA 30326
404-262-7373; Fax 404-262-9911, Direct 404-495-4475
*cphillips@lcsenlaw.com*
Attorney for Trustee